No. 83–967. TERRITORY OF GUAM *v.* OKADA. C. A. 9th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE REHNQUIST would grant certiorari, vacate the judgment, and remand the case

for further consideration in light of Pub. L. 98–454. 